Pursuant to our order of remand, the trial court set aside the original sentences and resentenced appellant. For the conviction of theft of property in the second degree under count I of the indictment, he was resentenced to three years' imprisonment, to be suspended on condition that he serve one year in the county jail. For the conviction of burglary in the third degree under count II of the indictment, he was resentenced to three years' imprisonment, to be suspended on condition that he serve one year in the county jail. It was ordered that these sentences run concurrently. The trial court having complied with our directive, and the sentences being within the range prescribed by statute, appellant's convictions and sentences are due to be affirmed.
OPINION EXTENDED; AFFIRMED.
All Judges concur. *Page 202